**FILED**



*12:42 pm, 3/18/26*

**Margaret Botkins**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No.**  26-CR-30-SWS |
| Plaintiff, | **18 U.S.C. §§ 922(g)(1) and 924(a)(8)** |
| v. | (Felon in Possession of a Firearm and Ammunition) |
| **CHEYENNE SWETT,** | |
| Defendant. | Forfeiture Notice |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about December 12, 2025, in the District of Wyoming, the Defendant, **CHEYENNE SWETT**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, namely, a 19X Glock GMBH, 9mm pistol; a Sig Sauer SIG M400 rifle; and a Springfield Armory XD Mod. 3 pistol; and various 9mm ammunition, and the firearms and ammunition were in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### **FORFEITURE NOTICE**

1.      The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the alleged offenses set forth in this Indictment, the Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission

of the offense(s). The property to be forfeited includes, but is not limited to, the firearms and ammunition listed in Count One of this Indictment.

A TRUE BILL:

/s/ Ink Signature on File
FOREPERSON

DARIN D. SMITH
United States Attorney

---

## PENALTY SUMMARY

---

**DEFENDANT NAME:**      CHEYENNE SWETT

**DATE:**      March 16, 2026

**INTERPRETER NEEDED:**      No

**VICTIM(S):**      No

**OFFENSE/PENALTIES:**      **18 U.S.C. §§ 922(g)(1) and 924(a)(8)**
(Felon in Possession of a Firearm and Ammunition)

0-15 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**AGENT:**      Cody  Ruiz, ATF

**AUSA:**      Lance Johnston, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**      1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**      Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:**      Yes.  The Court should not grant bond as the Defendant is not bondable.

1